THE PEOPLE ex rel. LEONITA MOORE, Plaintiff-Appellee, v. SPENCER COLE-MAN, Defendant-Appellant.

(No. 57034; ▮▮▮▮▮▮▮▮▮▮▮▮

First District (2nd Division)—May 29, 1973.

PER CURIAM.

DOWNING, J., took no part.

Earl B. Williams, of Williams & Slaughter, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.